IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ROMAN-MONTES, <br><br> Defendant. | 1:09-cr-0272 OWW <br><br> ORDER ON GOVERNMENT'S MOTION TO RECALL WARRANT |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having moved to recall the warrant previously issued in this case, and requesting the issuance of a new warrant, and good cause appearing therefore,

    IT IS HEREBY ORDERED that the warrant for Jose Roman-Montes, previously issued in this case, is recalled.

    IT IS FURTHER ORDERED that the Clerk's Office for the Eastern District of California shall issue a new warrant in the name of JOSE ROMAN-MONTES and shall not include an "AKA" on the face of the warrant.

Dated: February 11, 2010　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

1