# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Jose Roman-Montes

) CR NO: 1:09-cr-272 AWI
)

**FILED**
MAY 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee: **Jose Roman-Montes**

Detained at (custodian): **Santa Rita Jail**

Detainee is: a.) ☒ charged in this district by:
  ☒ Indictment  ☐ Information  ☐ Complaint
  Charging Detainee With: **Conspiring to Distribute Heroin, 21 U.S.C. 846 and 841(a)(1)**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Forthwith in the Eastern District of California.*

  Signature: /s/ Kathleen A. Servatius
  Printed Name & Phone No: **Kathleen A. Servatius, (559) 497-4077**
  Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
  ☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *Forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

5/10/11
Date

United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): Jose McGallon MONTES  Male ☒ Female ☐
Booking or CDC #: PFN # BHY532  DOB: 01/07/1967
Facility Address: Santa Rita Jail  Race: HISPANIC
  5325 Broder Blvd., Dublin, CA 94568  FBI #: _____
Facility Phone: ( 925 ) 551-6580
Currently Incarcerated For: HS 11351

---

### RETURN OF SERVICE

Executed on _____ by _____  _____
    (Signature)

Form Crim-48  Revised 11/19/97