# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:09-cr-00272-AWI-BAM-12 |
| JOSE MAGALLON-MONTES ) | |
| ) | USM No: 57350-208 |
| Date of Original Judgment: 06/04/2012 ) | |
| Date of Previous Amended Judgment: ) | David M. Porter, FD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   87   months **is reduced to**   70 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/06/2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   05/04/2015            /s/ ANTHONY W. ISHII
                                                                                   *Judge's signature*

Effective Date:   11/01/2015           Senior United States District Judge Anthony W. Ishii
*(if different from order date)*                                  *Printed name and title*