Case 1:09-cr-00272-DAD-BAM   Document 349   Filed 05/04/15   Page 1 of 1

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> JOSE MAGALLON-MONTES | ) ) ) ) ) ) ) Case No: 1:09-cr-00272-AWI-BAM-12 <br> USM No: 57350-208 <br> David M. Porter, FD <br> *Defendant's Attorney* |

Date of Original Judgment: 06/04/2012
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 87 months **is reduced to** 70 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 06/06/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/04/2015                   /s/ ANTHONY W. ISHII
                                          *Judge's signature*

Effective Date: 11/01/2015                Senior United States District Judge Anthony W. Ishii
*(if different from order date)*         *Printed name and title*